**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| DESA IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3-04-0160 |
| | ) | Judge Aleta A. Trauger |
| | ) | Magistrate Judge Joe B. Brown |
| vs. | ) | |
| | ) | |
| EML TECHNOLOGIES, LLC and | ) | |
| COSTCO WHOLESALE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION AS COUNSEL

Please take notice that William M. Outhier of the law firm of Bowen Riley Warnock & Jacobson, PLC, enters his appearance in this matter and substitutes for Nathan E. Morgan as counsel for Defendants.


Respectfully submitted,


s/ William M. Outhier_____
Steven A. Riley (TN Bar No. 006258)
William M. Outhier (TN Bar No. 015609)
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37209
Tel:    (615) 320-3700
Fax:    (615) 320-3737
sriley@bowenriley.com
wouthier@bowenriley.com

Roger L. Cook (CA Bar No. 55208)
Iris Mitrakos (CA Bar No. 190162)
Townsend, Townsend & Crew, LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA  94111-3834
Tel:     (415) 576-0200
Fax:     (415) 576-0300
rlc@townsend.com
ismitrakos@townsend.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:


Robb S. Harvey (TN Bar No. 11519)
Richard G. Sanders (TN Bar No. 23875)
WALLER, LANSDEN DORTCH & DAVIS, PLLC
2100 National City Center
511 Union Street
Nashville TN 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
robb.harvey@wallerlaw.com
rick.sanders@wallerlaw.com

James R. Higgins, Jr. (KY Bar No. 31790)
Robert J. Theuerkauf (KY Bar No. 89068)
MIDDLETON REUTLINGER, PSC
2500 Brown and Williamson Tower
401 South Fourth Avenue
Louisville, KY 40202-3410
Phone: (502) 584- 1135
Fax: (502) 561-0442
jrhiggins@middreut.com
rtheuerkauf@middreut.com

*Counsel for Plaintiff, DESA IP, LLC*

this the 2nd day of March, 2007.

s/ William M. Outhier
_____